UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURTIS A. MARTEN,<br><br>                   Plaintiff,<br><br>    v.<br><br>HENRY RICHARDS, *et al*.<br><br>                   Defendants. | CASE NO. C09-5733FDB/JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER:

Plaintiff's application for leave to proceed in forma pauperis (Dkt. # 1) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act, and plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this 1st day December, 2009.

                                                            */s/ J. Richard Creatura*
                                                            J. Richard Creatura
                                                            United States Magistrate Judge

ORDER - 1