1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11

CURTIS A. MARTEN,

CASE NO.  C09-5733FDB/JRC

12

                              Plaintiff,

ORDER GRANTING DEFENDANTS'
MOTION TO STAY DISCOVERY

          v.

13

HENRY RICHARDS, *et al*.

14

                              Defendants.

15

16        This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned

17   Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local

18   Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  Before the court is defendant's motion

19   asking that discovery be stayed pending disposition of a motion for summary judgment, which

20   raises an affirmative defense of qualified immunity.

21

22        Qualified immunity is immunity from suit, not just immunity from liability, Harlow v.

23   Fitzgerald, 457 U.S. 800 (1982). One of the considerations noted by the Supreme Court in

24   discussing qualified immunity is the social cost to government and the public when government

25   resources are expended on discovery prior to the qualified immunity defense being decided.

26   Harlow, 457 U.S. at 818.  The motion to stay discovery is **GRANTED**.

1      The Clerk's Office is directed to remove Dkt. # 15 from the Court's calendar and send

2   plaintiff a copy of this order.

3      DATED this 30th day of April, 2010.

4

5

6      J. Richard Creatura
       United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2