# United States District Court

WESTERN DISTRICT OF WASHINGTON

CURTIS A. MARTEN,

           v.

Dr. RICHARD HENRY, *et al.*,

JUDGMENT IN A CIVIL CASE

No.09-5733 RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation. Dkt. 28;

(2)    Defendants' Motion for Summary Judgment is GRANTED. Defendants are entitled to qualified immunity from suit; and

(3)    Plaintiff's Motion for Voluntary Dismissal (Dkt 29) is DENIED.

July 7, 2010  
Date

BRUCE RIFKIN  
Clerk

*s/ Mary Trent*  
Deputy Clerk